UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-CIV-20376-WILLIAMS

MICHAEL ANTHONY MEMBRIDES,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon Magistrate Judge White's Report and Recommendations. (DE 9). In his Report, Judge White recommends that Plaintiff's motion for voluntary dismissal (DE 8) be granted, and that Plaintiff's motion to vacate his sentence (DE 1) be dismissed without prejudice "except as to any application of the federal statute of limitations or other procedural defenses which may apply." (DE 9). Plaintiff has filed no objections to the Report, and the time for doing so has expired.

Upon an independent review of the Report, the record and applicable case law, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The conclusions in Judge White's Report (DE 9) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for voluntary dismissal (DE 8) is **GRANTED**.

3. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk is directed to **CLOSE** the case.

**DONE and ORDERED** in Chambers in Miami, Florida, this ___ day of March, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Patrick A. White
Counsel of record

Michael Anthony Membrides, *pro se*
03200-104
Coleman I-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1033
Coleman, FL 33521